People v Livingston
2026 NY Slip Op 03588
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
LOGAN LIVINGSTON, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
469 KA 23-01684
Present: Whalen, P.J., Lindley, Ogden, Nowak, And Delconte, JJ.

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered August 31, 2023. The judgment revoked defendant's sentence of probation and imposed a sentence of incarceration.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court